# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DAVON LEE WILLIAMS,

    Petitioner,

    v.

MONTGOMERY, Warden,

    Respondent.

Case No. CV 16-2851 SJO (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice

DATE: November 22, 2016

*S. James Otero*

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE